AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY and MASSACHUSETTS BAY INSURANCE COMPANY,<br>   Plaintiffs,<br><br>v.<br><br>McGHEE CONSTRUCTION, INC., ORION OF NEVADA, INC., MICHAEL S. McGHEE, BECKY A. McGHEE, JOHNATHON T. WINSTON, JOHN W. SOWELL, TATYANA A. SOWELL,<br>   Defendants, | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:08-CV-167-F** |

**Decision by Court.**

  PURSUANT TO THE COURT'S ORDER of August 10, 2009, this action is DISMISSED as to Defendant Johnathan T. Winston for Plaintiffs' failure to prosecute and DISMISSED as to Defendants John W. Sowell and Tatyana A. Sowell for Plaintiffs' failure to prosecute.

  IT IS FURTHER ORDERED that the Clerk of Court shall enter Default Judgment as follows:

  Plaintiffs' Motion for Default Judgment as against each of McGhee Contruction, Inc., Michael S. McGhee individually, and Becky A. McGhee individually is ALLOWED in the principal sum of $1,545,321.25, plus pre-judgment interest from February 28, 2007 and post-judgment at the legal rate, together with reasonable attorney's fees in the sum of $13,956.50 and costs in the sum of $575.02, jointly and severally, *inter se*, and with Orion of Nevada, Inc; and

  The Plaintiffs' Motion for Default Judgment as against Defendant Orion of Nevada, Inc., is ALLOWED in the principal sum of $1,885,884.32, plus pre-judgment interest from August 30, 2008 and post-judgment interest at the legal rate, together with reasonable attorney's fees in the sum of $13,956.50 and costs in the sum of $575.02, jointly and severally with McGhee Construction, Inc., Michael S. McGhee individually, and Becky A. McGhee individually.

  The Clerk of Court is DIRECTED to close this case.

Page 1 of 2
Case 7:08-cv-00167-F   Document 58   Filed 08/20/10   Page 1 of 2

THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 20, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

J. Mark Langdon (via CM/ECF Notice of Electronic Filing)

Becky A. McGhee and Michael S. McGhee (via regular mail to 291 Grandview Drive, Sneads Ferry, NC 28460)

McGhee Construction, Inc. (via regular mail to CT Corporation System, 225 Hillsborough Street Raleigh, NC 27603)

Orion of Nevada, Inc. (via regular mail to Corporation Service Company, 327 Hillsborough Street Raleigh, NC 27603)

| | |
|---|---|
| August 20, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |